**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS, DIVISION**

UNITED STATES OF AMERICA

V.                                                                    CASE NO. 2:17-cr-00099

WILLIAM PIERCE

**MOTION TO CONTINUE**

    COMES NOW the Defendant, by and through his undersigned counsel, and would request this Honorable Court to continue the sentencing in the above-reference case, now set for December 4, 2017, and would state in support as follows:

    1. The Defendant is an important witness in a significant investigation (as yet unindicted) in which the Government has discussed the possibility of substantial assistance (as yet unknown) for information from the Defendant, and the probability of testimony.

    2. The Defendant would ask for a continuance of 120 days, to which the Government does not object. The Government has provided just enough information to suggest that would give enough time for a possible resolution of the investigation and indictment, and would allow a complete picture of the Defendant's involvement and cooperation.

    WHEREFORE the Defendant requests a continuance of his sentencing for 120 days, with both parties to this case agreeing and presenting that recommendation to the Court.

/s/ Douglas Molloy
DOUGLAS MOLLOY, ESQUIRE
MOLLOY LAW
Attorney for Defendant
1411 Bayview Court
Fort Myers, FL  33901
T: (239) 362-3194
F:(239) 362-3248
Email: douglasmolloy@molloylaw.net
Fla. Bar No. 0316717

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Simon R. Eth, Assistant United States Attorney, Middle District of Florida.

/s/ Douglas Molloy
DOUGLAS MOLLOY, ESQUIRE
