UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:17-cr-99-FtM-38CM

WILLIAM PIERCE
_____

## ORDER OF FORFEITURE

The defendant pleaded guilty to Count One of the Information which charges him with conspiracy to pay healthcare kickbacks affecting a Federal health care benefit program, in violation of 18 U.S.C. § 371, and the United States has established that the defendant obtained $803,007.25 in proceeds as a result of the offense.

The United States moves under 18 U.S.C. § 982(a)(2), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, to forfeit the $803,007.25 in proceeds the defendant obtained as a result of the conspiracy to pay healthcare kickbacks. The motion is **GRANTED**. The United States is entitled to forfeit the $803,007.25 in proceeds.

Because the $803,007.25 in proceeds was dissipated by the defendant, the United States may seek, as a substitute asset, pursuant to 21 U.S.C. § 853(p), forfeiture of any of the defendant's property up to the value of $803,007.25. Jurisdiction is retained to enter any order necessary for the forfeiture and disposition of any substitute asset and to address any third-party claim.

**DONE and ORDERED** in Fort Myers, Florida, this 6th day of November, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties/Counsel of Record