UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:17-cr-99-FtM-38CM

WILLIAM PIERCE
_____

**PRELIMINARY ORDER OF
FORFEITURE FOR SUBSTITUTE ASSET**

The United States moves pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), and Federal Rule of Criminal Procedure 32.2(e)(1)(B), for a preliminary order of forfeiture for the contents of John Hancock 401(k) Account Number 129665 (containing approximately $95,000.00), held in the name of William Pierce, in partial satisfaction of the defendant's $803,007.25 order of forfeiture.

On November 7, 2017, pursuant to 18 U.S.C. § 982(a)(2), the Court entered an order of forfeiture in the amount of $803,007.25 against the defendant. Doc. 26.

The United States is entitled to forfeit the substitute asset identified above, in partial satisfaction of the defendant's order of forfeiture.

Accordingly, it is ORDERED that the motion of the United States is **GRANTED**.

It is FURTHER ORDERED that, pursuant to the provisions of 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), and Federal Rule of Criminal Procedure 32.2(e)(1)(B), the account described above is FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n), as incorporated by 18 U.S.C. § 982(b)(1), in partial satisfaction of the defendant's order of forfeiture.

Assuming no third party files a successful claim to the account, the net proceeds from the forfeited account will be credited towards partial satisfaction of the defendant's order of forfeiture.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any other substitute asset forfeited to the United States up to the amount of the order of forfeiture.

**DONE and ORDERED** in Fort Myers, Florida, this 15th day of March, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record