UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 2:17-cr-99-FtM-38CM

WILLIAM PIERCE
_____

**AMENDED PRELIMINARY ORDER OF**
**FORFEITURE FOR SUBSTITUTE ASSET**

The United States moves pursuant to 21 U.S.C. § 853(p), as incorporated by 18

U.S.C. § 982(b)(1), and Federal Rule of Criminal Procedure 32.2(e)(1)(B), for an

amended preliminary order of forfeiture for the contents of William Pierce's A & G Spinal

Solutions, LLC., 401(k) account, Contract Number 129665, containing approximately

$303,669.99, (the "401(k) account") in partial satisfaction of the defendant's $803,007.25

order of forfeiture.

On November 7, 2017, pursuant to 18 U.S.C. § 982(a)(2), the Court entered an

order of forfeiture in the amount of $803,007.25 against the defendant.  Doc. 26.

The United States is entitled to forfeit the substitute asset identified above, in

partial satisfaction of the defendant's order of forfeiture.

Accordingly, it is ORDERED that the motion of the United States is GRANTED.

It is FURTHER ORDERED that, pursuant to the provisions of 21 U.S.C. § 853(p),

as incorporated by 18 U.S.C. § 982(b)(1), and Federal Rule of Criminal Procedure

32.2(e)(1)(B), the current balance of the 401(k) account described above is FORFEITED

to the United States of America for disposition according to law, subject to the provisions

of 21 U.S.C. § 853(n), as incorporated by 18 U.S.C. § 982(b)(1), in partial satisfaction of the defendant's order of forfeiture.

It is FURTHER ORDERED that, A & G Spinal Solutions, LLC., (as the retirement plan sponsor), Ryan William, Mathew Muller, and William Pierce (as the retirement plan administrators/fiduciaries), deliver to the United States the contents of William Pierce's A & G Spinal Solutions, LLC., 401(k) account, Contract Number 129665, containing approximately $303,669.99, by delivering to John Hancock Life Insurance Company (USA) (as the retirement plan record keeper) the necessary executed withdrawal request form to effectuate this Order.

Assuming no third party files a successful claim to the account, the net proceeds from the forfeited account will be credited towards partial satisfaction of the defendant's order of forfeiture.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any other substitute asset forfeited to the United States up to the amount of the order of forfeiture.

**DONE and ORDERED** in Fort Myers, Florida, this 8th day of August, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties/Counsel of Record