UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                                              CASE NO. 2:17-cr-99-JES-CM

WILLIAM PIERCE

**UNITED STATES' RESPONSE TO
PROBATION MEMORANDUM**

Pursuant to this Court's order (Doc. 78), the United States hereby responds to a memorandum submitted to this Court by the United States Probation Office requesting early termination of supervised release in this case (Doc. 76). On October 3, 2018, this Court sentenced the defendant to nine-months imprisonment followed by three years of supervised release in connection with his conviction for conspiring to pay healthcare kickbacks in violation of 18 U.S.C. § 371. Doc. 66. On September 27, 2019, the defendant commenced his term of supervised release in the Eastern District of Virginia, where he currently resides. Doc. 76 at 1.

On October 29, 2020, the United States Probation Office in the Middle District of Florida filed a memorandum with this Court "request[ing] early termination of [the defendant's] case, as requested by the probation office in the

1

Eastern District of Virginia." *Id*.  In their memorandum, the United States Probation Office in the Middle District of Florida specifically noted *their own objection* to the request of their colleagues in the Eastern District of Virginia. *Id*. at 2.

As noted in the memorandum, the United States also objects to early termination of the defendant's supervised release *at this time*, as the defendant has completed less than 40% of his supervision term.  While the defendant should be commended for fulfilling his financial obligations in this case, he did so *prior* to his sentencing, so this fact was already considered by this Court in its original imposition of a below-guidelines sentence.

                Respectfully submitted,

                MARIA CHAPA LOPEZ
                United States Attorney

By:   *s/ Simon R. Eth*
       SIMON R. ETH
       Assistant United States Attorney
       Florida Bar No. 0091415
       2110 First Street, Suite 3-137
       Fort Myers, Florida  33901
       Telephone:  (239) 461-2200
       Facsimile:  (239) 461-2219
       Email:  simon.eth@usdoj.gov

U.S.A. v. William Pierce	Case No. 2:17-cr-99-JES-CM

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Douglas Molloy, Esq.
>DouglasMolloy@MolloyLaw.net

>*s/Simon R. Eth*
>SIMON R. ETH
>Assistant United States Attorney
>Florida Bar No. 0091415
>2110 First Street, Suite 3-137
>Fort Myers, Florida 33901
>Telephone: (239) 461-2200
>Facsimile: (239) 461-2219
>Email: simon.eth@usdoj.gov